■ EMILY CAMHI, Appellant, v ERIC W. RUCKERT, DDS, et al., Respondents. [919 NYS2d 441]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.

■ MARGARITA ZULEY, M.D., Respondent, v ELIZABETH WENDE BREAST CARE, LLC, et al., Appellants. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.